Papin *v.* Ruelle.

---

### Papin *v.* Ruelle.

An action of trespass will lie before a Justice of the Peace, for trespass committed on lands; but the plaintiff in such action can recover single damages only. Treble damages are recoverable only in an action of debt.

ERROR from St. Louis Circuit Court.

WASH, J., delivered the opinion of the Court.

The plaintiff, Papin, sued Ruelle in an action of trespass before a Justice of the Peace, for cutting down, taking and carrying away certain trees from off the plaintiff's land, &c. The plaintiff had judgment for *one* dollar, and the Justice gave judgment for *three*, under the statute allowing treble damages. Ruelle appealed to the Circuit Court, where the judgment of the Justice was reversed, and the appeal dismissed, on the ground that Papin had misconceived his action. Of this there can be no doubt. The statement, or declaration and summons, both show it; treble damages are recoverable only in an action of debt. The plaintiff's statement, however, is in form and substance a good declaration, in trespass generally, under the statute, *Rev. Code*, p. 473, sec. 1; and upon it the plaintiff might have recovered for the actual damage sustained. The case of Papin *v.* Montague, decided at the last term of this Court, is not distinguished in principle from the present. The Circuit Court erred in dismissing the appeal; its judgment is, therefore reversed, and the cause remanded for a new trial conformably to this opinion.